In the Matter of GRECO'S LIQUOR & WINE CELLAR, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.